# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREBCO SPECIALTY PRODUCTS INC., </br></br> Plaintiff, </br></br> v. </br></br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, </br></br> Defendants. | Case No.: |

## SCHEDULE A

*__PROVISIONALLY FILED UNDER SEAL__*