UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREBCO SPECIALTY PRODUCTS INC.,

               Plaintiff,

         - against -

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

               Defendants.

**ORDER**

21 Civ. 9238 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff Trebco Specialty Products ("Trebco") asserts copyright infringement and unfair competition claims against sixty-two online merchants. Before this Court is Trebco's motion for a preliminary injunction. (Dkt. Nos. 22-23)

        Trebco alleges that its Wubbanub toy products are protected by copyright. (Cmplt. (Dkt. No. 1) ¶¶ 1, 18; see id., Ex. 1) Trebco is directed to file a letter brief explaining the scope of the alleged copyrights, including which elements of the Wubbanub products are protected. Trebco will cite case law supporting its theory of copyright. The letter brief is due by **March 14, 2022, at 12:00 p.m.**

Dated:    New York, New York
            March 10, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge