UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREBCO SPECIALTY PRODUCTS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INDIVIDUALS, CORPORATIONS, LIMITED ) <br> LIABILITY COMPANIES, PARTNERSHIPS, AND ) <br> UNINCORPORATED ASSOCIATIONS ) <br> IDENTIFIED ON SCHEDULE A HERETO, ) <br> ) <br> Defendants. ) | Case No.: 21-cv-09238 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff TREBCO SPECIALTY PRODUCTS INC. voluntarily dismisses the following Defendant listed on Amended Schedule A to the Complaint without prejudice:

| No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 18. | Angloria | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A32WSYID5P4KTR&sshmPath= |

Dated: April 14, 2022

Respectfully submitted,

**MEMO ENDORSED**:
The Clerk of Court is directed not to close this case.

SO ORDERED.

_/s/ Paul G. Gardephe_
Paul G. Gardephe
United States District Judge
Dated: April 15, 2022

By: /s/ *Christopher Tom*
Christopher Tom
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200
ctom@Thoits.com