UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREBCO SPECIALTY PRODUCTS INC.,

              Plaintiff,

      -against-

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A HERETO,

              Defendants.

**ORDER**

21 Civ. 9238 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      All Defendants in this action having been served (Dkt. No. 33), the Clerk of Court is directed to unseal Amended Scheduled A to the Complaint (Dkt. No. 26) and Exhibit 2 to the declaration of Carla Schneider. (Dkt. Nos. 27, 27-1 – 27-62)

Dated: New York, New York
       April 20, 2022

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge