IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREBCO SPECIALTY PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 1:21-cv-09238-PGG-JLC <br><br> Judge Paul G. Gardephe <br><br> Magistrate Judge James L. Cott |

## ORDER FOR WITHDRAWAL OF ATTORNEY OF RECORD

Plaintiff's motion for withdrawal of Christopher Tom of Thoits Law as attorney of record in the above-captioned action is granted.

**IT IS HEREBY ORDERED** the removal of Christopher Tom of Thoits Law as attorney for Plaintiff Trebco Specialty Products Inc.

July 14, 2023
Dated:

*Paul S. Gardephe*
Honorable Paul G. Gardephe
United States District Court Judge