**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TREBCO SPECIALTY PRODUCTS INC.,

                Plaintiff,

  -against-                                      21 **CIVIL** 9238 (PGG)(JLC)

                                                      **DEFAULT JUDGMENT**

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, and
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A HERETO,

                Defendants.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 29, 2023, the R&R is adopted in its entirety, and Plaintiff is awarded $40,000 in statutory damages against each Defaulting Defendant, for a total of $1,400,000. Post-judgment interest is awarded using the federal rate set forth in 28 U.S.C. § 1961, calculated from the date the Clerk of Court enters judgment in this action until the date of payment. Plaintiff's request for a post-judgment freeze of the Defaulting Defendant's assets and for the transfer of those assets to Plaintiff is granted; accordingly, the case is closed.

**Dated:** New York, New York

      January 12, 2024

                                                                    **RUBY J. KRAJICK**
                                                                      **Clerk of Court**

                                              **BY:**     *K. Mango*

                                                                      **Deputy Clerk**