# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREBCO SPECIALTY PRODUCTS INC., </br></br> Plaintiff, </br></br> v. </br></br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, </br></br> Defendants. | 1:21-cv-09238 |

## [PROPOSED] DISBURSEMENT ORDER

The Clerk is directed to disburse:

    The five thousand-dollar ($5,000) bond posted by Plaintiff, including any interest minus the registry fee;

To Plaintiff's counsel:

    BOIES SCHILLER FLEXNER LLP
    Attn: Christopher Tom
    55 Hudson Yards
    New York, NY 10001

Within five (5) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this order to this Court's Finance Department.

Dated: September 23, 2025

                                                                    United States District Judge